# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MATTHEW EDWARD BLAIR<br>*Defendant* | ) ) ) ) ) ) ) | Case No. ELH-19-410 |

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2019 OCT -7 PM 12:21 CLERK'S OFFICE AT BALTIMORE BY _____ DEPUTY*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 1028A(a)(1) & (b) (Aggravated Identity Theft);
18 U.S.C. § 2 (Aiding and Abetting);
18 U.S.C. § 982(a)(7) (Forfeirure).

Date: 9/6/19

City and state: Baltimore, Maryland

*Issuing officer's signature*

J. Mark Coulson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* September 6, 2019, and the person was arrested on *(date)* September 6, 2019
at *(city and state)* US District Court, Baltimore, MD.

Date: September 6, 2019

*Arresting officer's signature*

William Thomas, Special Agent
*Printed name and title*