# United States District Court
# District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 13, 2020

LETTER TO COUNSEL

    Re:    *United States of America v. Matthew Edward Blair*
            Criminal No.:  ELH-19-0410

Dear Counsel:

    This letter will confirm and amplify our discussions during the telephone conference held on March 13, 2020. At the request of counsel, and in light of the Superseding Indictment, the schedule has been revised, as follows:

1. Defense motions are due by the close of business on **April 10, 2020.** The government's opposition to defense motions is due by the close of business on **May 1, 2020**. The replies, if any, are due by the close of business on **May 22, 2020.**

2. Motions in limine and *Daubert* challenges are due by the close of business on **June 5, 2020.**

3. A motions hearing is scheduled for **June 11, 2020, at 10:00 a.m.**

4. A hearing on motions in limine is scheduled for **July 24, 2020, at 10:00 a.m.**

5. Joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet are due by the close of business on **July 31, 2020**. You may, of course, file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree. Copies of all submissions should be sent in Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov. Please be sure to include a table of contents for the proposed jury instructions and citations to authority for any requests that are in dispute.

6. The Court will hold a pretrial conference at **4:00 p.m. on September 3, 2020**. It will be held in Chambers unless, by **August 24, 2020**, defense counsel advises the Court, in writing, of defendant's desire to attend the conference. If so, the pretrial conference will be held in the courtroom.

7. Trial (jury, 8 days) shall commence on **September 14, 2020**. Counsel are directed to report to Chambers at **9:45 a.m.** on that date.

8. Defense counsel is reminded to arrange for a *Lafler* hearing with a magistrate judge, to be held shortly before the commencement of trial.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge