IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

MATTHEW EDWARD BLAIR,
   *Defendant.*

Criminal Action No. ELH-19-00410

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 5th day of February, 2021, by the United States District Court for the District of Maryland, **ORDERED**:

1) The Motion for Bill of Particulars (ECF 36) is granted in part and denied in part;

2) As to Count 29, the government is directed to provide defendant with a bill of particulars, specifying the particular prescriptions that are the subject of the allegations in Count 29, due within 14 days of the entry of this Order;

3) The Motion is otherwise denied.

/s/
Ellen L. Hollander
United States District Judge