**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 22, 2021

Re:   *United States of America v. Matthew E. Blair*
Criminal No.:  ELH-19-0410

Dear Counsel:

This letter will confirm and amplify our discussions during the telephone conference held on March 22, 2021.  The following schedule shall govern:

1. The motions hearing previously set for **May 14, 2021, beginning at 10:00 a.m.** will be held in court, rather than by video.

2. At the request of the defense, the jury trial previously scheduled to begin on **July 12, 2021**, has been rescheduled.  In lieu of the trial on that date, the Court will hold a *Daubert* hearing, in court, beginning **at 10:00 a.m.**

3. Rule 404(b) motions and motions in limine are due by the close of business on **July 26, 2021.**

4. Joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet are due by the close of business on **September 17, 2021**.  You may, of course, file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.  Copies of all submissions should be sent in Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov.  Please be sure to include a table of contents for the proposed jury instructions and citations to authority for any requests that are in dispute.

5. The Court will hold a pretrial conference on **November 5, 2021** at **4:00 p.m.**  It will be held in Chambers unless, by **October 18, 2021**, defense counsel advises the Court, in writing, of defendant's desire to attend the conference.  If so, the pretrial conference will be held in the courtroom.

6. Trial (jury, 3 weeks) shall commence on **November 29, 2021**.  *This case is in second position*.  Counsel are directed to report to Chambers at **9:45 a.m.** on that date.

7. Defense counsel are reminded to arrange for a *Lafler* hearing with a magistrate judge, to be held shortly before the commencement of trial.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge