**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

May 12, 2021

LETTER TO COUNSEL

    Re:   *United States of America v. Matthew Edward Blair*
             Criminal No.:  ELH-19-0410

Dear Counsel:

    This letter will confirm the substance of our discussions during the telephone conference held on May 11, 2021.

    As you know, the defense filed another motion to dismiss on April 27, 2021.  ECF 108.  Because of that filing, along with the anticipated filing of another defense motion, the motions hearing set for May 14, 2021, has been postponed.

    The following schedule shall govern.

1. An additional defense motion is due by the close of business on **June 4, 2021**.

2. The government's consolidated opposition to ECF 108, and the impending defense motion, is due by the close of business on **June 25, 2021**.

3. The reply is due by the close of business on **July 16, 2021**.

4. The motions hearing has been rescheduled to **August 6, 2021, at 10:00 a.m.  It will be held in Courtroom 5A.**

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                        Sincerely,

                                                         /s/
                                                         Ellen Lipton Hollander
                                                         United States District Judge