

100 LIGHT STREET
BALTIMORE, MD 21202

PHONE:  410.685.1120
FAX:    410.547.0699

www.bakerdonelson.com

TY KELLY, SHAREHOLDER
**Direct Dial**: 410.862.1049
**E-Mail Address**: tykelly@bakerdonelson.com

July 9, 2021

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Judge
United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States of America v. Matthew E. Blair*
                Crim. No.: ELH-19-0410

Dear Judge Hollander:

      We write in regard to two scheduling items in the above-referenced matter.

      First, we respectfully request that the Court extend the deadline for Defendant to file his replies in further support of his motions to dismiss (ECF Nos. 108, 119) by one week – from July 16, 2021 to July 23, 2021. Counsel for the Government consents to this request, and the requested extension will not impact the timing of the hearing scheduled on these motions, which is August 6, 2021. Additionally, the requested extension is appropriate in light of the one-week extension previously granted to the Government to file its omnibus response to the motions to dismiss. *See* ECF No. 128.

      Second, counsel for the parties have conferred and jointly request that the deadline for the parties to file their motions in limine and Rule 404(b) notices be extended from July 26, 2021 to September 7, 2021. We respectfully submit that this request is reasonable and appropriate given the potential impact that the Court's rulings on the pending motions to dismiss (scheduled to be heard on August 6) may have on this case and the scope of the trial. Further, the requested extension should not impact the scheduled trial start date (November 29, 2021).

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

The Honorable Ellen L. Hollander
July 9, 2021
Page 2

        Thank you for Your Honor's consideration of this request.

                                      Respectfully,

                                      BAKER, DONELSON, BEARMAN,
                                      CALDWELL & BERKOWITZ, PC

                                              /s/

                                      Ty Kelly, Shareholder
                                      Matt Chester, Shareholder


cc:     all counsel via CM/ECF