IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| v. | * | CRIMINAL NO. ELH-19-0410 |
| | * | |
| MATTHEW EDWARD BLAIR | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S EXHIBIT LIST
### Daubert Motions Hearing
### July 12, 2021

| Exhibit No. | Id | Admitted | Description |
|---|---|---|---|
| 1 | | | Government Expert Notice and Disclosures<br>• Government Letter dated Nov. 3, 2020 |
| 2 | 7/12/2021 | 7/12/2021 | Additional Disclosures Provided to Defendant<br>• Government Letter dated Feb. 4, 2021 |
| 3 | | | Government's Supplemental Expert Notice Letter<br>• Government Letter dated Feb. 26, 2021 |
| 4 | | | Additional Disclosures Provided to Defendant<br>• Government Letter dated April 9, 2021 |
| 5 | 7/12/2021 | 7/12/2021 | CV - Dr. Stephen Thomas |
| 6 | | | CV - Mr. Eric Tracy |
| 7 | | | CV - Ms. Harriet Lewis |
| 8 | | | CV - Ms. Shauna Vistead |
| 9 | | | CV – Mr. Steven McCall |
| 10 | | | CV – Ms. Melissa Parks |
| 11 | 7/12/2021 | 7/12/2021 | Photos provided by Defendant on 3/11/2021<br>• Experiment #1 |
| 12 | 7/12/2021 | 7/12/2021 | Chart provided by Defendant on 3/11/2021<br>• Experiment #1 |

1

| Exhibit No. | Id | Admitted | Description |
|---|---|---|---|
| 13 | 7/12/2021 | 7/12/2021 | Photos provided by Defendant on 5/14/2021<br>• Experiment #2 |
| 14 | 7/12/2021 | 7/12/2021 | Chart provided by Defendant on 5/14/2021<br>• Experiment #2 |
| 15 | 7/12/2021 | 7/12/2021 | Photos provided by Defendant on 7/8/2021<br>• Experiment #3 |
| 16 | 7/12/2021 | 7/12/2021 | Chart provided by Defendant on 7/8/2021<br>• Experiment #3 |
| 17 | 7/12/2021 | 7/12/2021 | Excerpts from Defendant's Expert Notice Letters<br>• Defendant's Proposed Expert Testimony |
| 18 | 7/12/2021 | 7/12/2021 | C.V. David S. Joseph |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 24 | 7/12/2021 | 7/12/2021 | Md. Look Up Tool - Board of Pharmacy |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2