UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| V. | * |
| | * CRIM. NO. 19-0410-ELH |
| MATTHEW E. BLAIR, | * |
| | * |
| DEFENDANT | * |

* * * * * * * * * * * * * * * * * *

## DEFENDANT'S EXHIBIT LIST
### July 12, 2021 Motions Hearing

| Exhibit No. | Description | Admitted |
|---|---|---|
| 1 | *Curriculum Vitae* of Stephen M. Thomas, M.D., M.B.A. | |
| 2 | DOD Network Contract Supplement – Compound Prescription Medications (HTDCS-000911 to HTDCS-000931) | |
| 3 | Dr. Thomas's Bibliography | |
| 4 | 21 U.S.C. § 353a | 7/12/2021 |
| 5 | 32 C.F.R. § 199.4 (version in effect in 2015) | |
| 6 | 32 C.F.R. § 199.21 (version in effect in 2015) | |
| 7 | 32 C.F.R. § 199.2 (version in effect in 2015) | |
| 8 | *Curriculum Vitae* of Melissa Parks, CFE, AHFI | |
| 9 | *Curriculum Vitae* of David S. Joseph, R.Ph., FIACP | 7/12/2021 |
| 10 | David Joseph's First Experiment (BLAIR-TRIAL-000001 to BLAIR-TRIAL-000009) | 7/12/2021 |
| 11 | David Joseph's Second Experiment (BLAIR-TRIAL-000019 to BLAIR-TRIAL-000020) | 7/12/2021 |
| 12 | David Joseph's Third Experiment (BLAIR-TRIAL-000023 to BLAIR-TRIAL-000025) | 7/12/2021 |
| 13 | David Joseph's Maryland Board of Pharmacy License (BLAIR-TRIAL-000022) | 7/12/2021 |

| | | |
|---|---|---|
| X 14 | February 5, 2018 Emails between Jason D. Brewer, PhD and SA Daniel S. Parker (R-302-006484 to R-302-006485) | |
| X 15 | COMAR 10.34.04.00 et seq. | |
| X 16 | COMAR 10.34.10.00 et seq. | |
| X 17 | COMAR 10.34.05.00 et seq. | |
| X 18 | COMAR 10.34.21.00 et seq. | |
| X 19 | Md. Code, Health Occupations Article, § 12-403 | |
| X 20 | U.S. Pharmacopeial Convention Standards – Chapter 795 ("Pharmaceutical Compounding – Nonsterile Preparations") | 7/12/2021 |
| X 21 | U.S. Pharmacopeial Convention Standards – Chapter 1163 ("Quality Assurance in Pharmaceutical Compounding") | 7/12/2021 |
| X 22 | PCAB ACHC Accreditation Standards | 7/12/2021 |
| X 23 | October 20, 2017 FBI 302 Report re: T.S. (R-302-000020 to R-302-000076) | |
| X 24 | June 10, 2019 DCIS Re-Interview Summary of T.S. (R-DCIS-TS-000001 to R-DCIS-TS-000008) | |
| X 25 | Blair Pharmacy Formula Log – Count 6 (K.F.) | 7/12/2021 |
| X 26 | Count 6 (K.F.) Prescription Form (SW-CUBE-2313) | 7/12/2021 |
| AA 1 | Curriculum Vitae of Ellen Bonner | |
| BB 2 | June 30, 2015 thank you note from B. Papke | |
| CC 3 | Superseding Indictment (ECF No. 20) | |
| DD 4 | A. Greg Kelly, Jr. Resume | |

1AA
2BB
3CC
4DD