

100 LIGHT STREET
BALTIMORE, MD 21202

PHONE:   410.685.1120
FAX:        410.547.0699

www.bakerdonelson.com

TY KELLY, SHAREHOLDER
**Direct Dial**: 410.862.1049
**E-Mail Address**: tykelly@bakerdonelson.com

September 22, 2021

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Judge
United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States of America v. Matthew E. Blair*
                Crim. No.: ELH-19-0410

Dear Judge Hollander:

      We write in regard to the above-referenced matter to respectfully request that the Court extend the deadline for the parties to file their motions *in limine* and Rule 404(b) motions by one week – from October 1 to October 8, 2021. Counsel for the Government consents to this request, and the requested extension will not impact the timing of the hearing on these motions, which is scheduled for December 3, 2021.

      Thank you for Your Honor's consideration of this request.

                              Respectfully,

                              BAKER, DONELSON, BEARMAN,
                              CALDWELL & BERKOWITZ, PC

                              /s/

                              Ty Kelly, Shareholder
                              Matt Chester, Shareholder

cc:     all counsel via CM/ECF