IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

MATTHEW EDWARD BLAIR

Criminal No. ELH-19-00410

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 23rd day of September, 2021, by the United States District Court for the District of Maryland,

**ORDERED**:

1) The motions docketed at ECF 37, ECF 38, ECF 39, ECF 108, and ECF 119 are DENIED; and

2) The portion of ECF 40 seeking to strike the loss amounts in paragraphs 25-27 and 34 of the Superseding Indictment, is DENIED, as moot; the remainder of ECF 40 is DENIED.

/s/
Ellen L. Hollander
United States District Judge