# EXHIBIT 1

Rehrig8RXMigraineMetabolicMarch260001.pdf for Printed Item: 56 ( Attachment 1 of 1)

# Pharmacy Distributors
(800) 822-5401 Phone

## FAX
(800) 763-6070

**Distributor: Atlas**

Metabolic + Migraine

**Patient:** [redacted]  **DOB:** [redacted]
**Phone:** [redacted]  **Fax:** [redacted]
**Address:** [redacted]
**City:** [redacted]  **State:** [redacted]  **Zip:** [redacted]
**Allergies:** —  **Diagnosis:** —
**Insurance:** [redacted]  **BIN#:** —
☐ No Auto Refill

**Prescriber (required):** Scott Rehrig
**Person Faxing Form (required):** —
**DEA:** —  **NPI:** —
**Address:** 8901 Rockville Pike
**City:** Bethesda  **State:** MD  **Zip:** 20889
**Phone:** 301 295 4440  **Fax:** —

*Information does not need to be repeated if already on file

### Please fax current patient insurance & health information

## Transdermal Pain and Scar Formulations

**1. Anti-Inflammation** ☐
- Flurbiprofen 15%
- Diclofenac 5%
- Gabapentin 10%
- Cyclobenzaprine 4%
- Tetracaine 5%

**2. Neuropathic** ☐
- Flurbiprofen 10%
- K_____ 10%
- Diclofenac 5%
- Gabapentin 10%
- Cyclobenzaprine 4%
- Bupivacaine 4%

**3. Pain/Inflammation** ☐
- Flurbiprofen 15%
- K_____ 10%
- Gabapentin 10%
- Cyclobenzaprine 4%
- Verapamil 10%
- Lidocaine 2%

**4. Wound Care** ☐
- Misoprostol 0.0024%
- Fluticasone 1%
- Lidocaine 5%
- Mupirocin 5%
- Itraconazole 5%
(In Spirowash)

**5. Scar** ☐
- Fluticasone 1%
- Gabapentin 15%
- Levocetirizine 2%
- Pentoxifylline 0.5%
- Prilocaine 3%
- Verapamil 10%
- Tranilast 2%

**6. Anti-Inflammation** ☐
- Flurbiprofen 20%
- Diclofenac 5%
- Cyclobenzaprine 4%
- Gabapentin 6%
- Verapamil 10%
- Lidocaine 5%

**7. Neuropathic** ☐
- Flurbiprofen 20%
- K_____ 10%
- Diclofenac 5%
- Gabapentin 10%
- Cyclobenzaprine 4%
- Clonidine 0.4%
- Lidocaine 2%

**8. Shingles** ☐
- K_____ 10%
- Acyclovir 2%
- Amitriptyline 2%
- DDG 0.2%
- Flurbiprofen 15%
- Lidocaine 5%

**9. Gout** ☐
- Ketorolac 0.5%
- Indomethacin 2%
- Loperamide 1%
- Triamcinolone 0.1%
- Lidocaine 5%

**10. Anti-Fungal** ☐
- Terbinafine 0.83%
- Fluconazole 1%
- DMSO 50%
- Flurbiprofen 20%

**11. Migraine** ☑
- Sumatriptan 20%
- Ondansetron 0.3%
- ~~Naproxen~~ 2%
- Bupivacaine 2%

**12. Metabolic** ☑
- CoEnzyme Q10 50mg
- Alpha Lipoic Acid 100mg
- Methylcobalimin 25mg
- Pyridoxial 25mg
- Folic Acid 0.5mg
(Take 4 capsules daily)

**13. Commercially Available Alternative** ☐
Please check box if you would like to prescribe the commercially available therapeutic alternatives if the patient's insurance rejects compounds.
Diclofenac Gel 3%  100GM
Lidocaine Ointment 5%  30GM

**SIG:** Apply 1-2 GM to affected area(s) 5-6 times daily
**ALT SIG:** ☐ _____

**Quantity: 30 Day Supply**
☑ 360 GM
☐ Other _____

**Refills:** 1  2  3  4  ⑤

**Prescriber Signature:** Scott Rehrig MD   **Date:** 3/26/15

All compound topical creams are prepared in accordance with State and Federal regulations governing compounds. I, the prescriber agree to alternatively prescribe a therapeutic alternative as listed above in the event that the originally prescribed compound is not covered by the patient's insurance. By submission of this prescription to the pharmacy, the prescriber hereby represents that he/she has discussed the prescribed medication with the above named patient and the patient has agreed to the shipment of the medication by mail to patient's home address. Unless noted otherwise, the patient has agreed to auto-refill prescription.

Pharmacy Distributor 0001



## Blair Pharmacy
We Customize. We Compound. We Care.

### Patient Information

**Dear Patient,**
Your physician has prescribed a topical cream to assist in alleviating your pain that requires a specialty pharmacy to compound. For your convenience, your physician has forwarded your prescription to us to ensure that it is filled and shipped promptly to you.

**About Us**
Our pharmacy is a national mail order specialty pharmacy that specializes in compounding topical medications.

**Important Patient Information**
- Your healthcare provider will fax the prescription to the pharmacy with your demographics and insurance information. Most major insurance carriers will cover your medication.
- A pharmacy representative may call you within 3 business days if any additional information is needed.
- If you have any questions about the process, please call us at **(800) 822-5401**.
- Shipment will be within 1 to 3 days, depending on the response time of your insurer.
- Your compound will be shipped overnight and *free* of charge to the address on file with your doctor. Please allow up to 5 business days for the pharmacy to process, compound, and deliver your topical medication.

**Patient Instructions**
- Carefully review the instructions provided with your medication and follow them to ensure maximum pain relief.
- Wash the affected area before application.
- Apply the prescribed amount of cream to affected area and rub in continuously for 2-4 minutes, or as directed by your physician.
- Keep the medication out of your eyes and open wounds (unless otherwise specified).
- Keep the medication out of reach of children.
- Do not bathe or swim for an hour after application.
- Store the product at room temperature.

If you have any questions or concerns regarding the medication or the ordering process, please call toll free at **(800) 822-5401** to speak with a company representative. The staff at Pharmacy Distributors prides itself on providing outstanding customer service; however, should you choose to have another pharmacy fill this prescription please let your physician know.

Sincerely,
*Blair Pharmacy, Inc.*
1818 Pot Spring Road
Timonium, Md 21093
(410) 252-2060