# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

100 LIGHT STREET
BALTIMORE, MD 21202

PHONE: 410.685.1120
FAX: 410.547.0699

www.bakerdonelson.com

Ty Kelly, Shareholder
Direct Dial: 410.862.1049
E-Mail Address: tykelly@bakerdonelson.com

October 26, 2021

*Approved.*
*ELH*
*USDJ*
*10/26/21*

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Judge
United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *United States of America v. Matthew E. Blair*
           Crim. No.: ELH-19-0410

Dear Judge Hollander:

    We write in regard to the above-referenced matter to respectfully request that the Court extend the deadline for the parties to file their joint proposed jury instructions, voir dire, and verdict sheet – from October 29, 2021 to December 1, 2021. Given that there are several open issues in this case that may impact the scope of the upcoming trial, and in light of the work required, particularly for preparing jury instructions, counsel for the parties respectfully request this extension. Counsel for the Government consents to this request, and we do not believe the requested extension will impact any other presently scheduled dates or deadlines in this matter.

    Thank you for Your Honor's consideration of this request.

                      Respectfully,

                      BAKER, DONELSON, BEARMAN,
                      CALDWELL & BERKOWITZ, PC

                      /s/

                      Ty Kelly, Shareholder
                      Matt Chester, Shareholder

cc:    all counsel via CM/ECF