

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

Christine Duey  Suite 400  DIRECT: 410-209-4855
Assistant United States Attorney  36 S. Charles Street  MAIN: 410-209-4800
Christine.Duey2@usdoj.gov  Baltimore, MD 21201-3119  FAX: 410-962-3091

November 10, 2021

*Approved –*
*ELH*
*USDJ*
*11/10/21*

The Honorable Ellen L. Hollander
United States District Judge
101 West Lombard Street
Baltimore, MD 21201

Re:   United States of America v. Matthew Blair, Criminal No. ELH-19-0410

Dear Judge Hollander:

    We write on behalf of the Government in the above-referenced matter to respectfully request that the Court extend the deadline for the parties to file their respective replies to the pending motions *in limine* and 404(b) motions. November 12, 2021 is the current deadline for submissions, and we request a one week extension to November 19, 2021. Counsel for the Defendant consents to this request, and we do not believe that the requested extension will impact any other scheduled dates or deadlines in this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Christine Duey
Paul A. Riley
Assistant United States Attorneys

cc:   all counsel via ECF