IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. ELH-19-410 |
| MATTHEW E. BLAIR | * | |

\* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Unopposed Request for Extension to Report to BOP Facility, it is this 27th day of April, 2022, by the United States District Court for the District of Maryland,

ORDERED, that the Defendant's request is hereby; GRANTED, and be it further;

ORDERED, that the Defendant shall report to the Bureau of Prisons designated facility of FCI Cumberland no later than 2:00 p.m. on August 1, 2022, and be it further,

ORDERED, that all conditions of release previously imposed shall remain the same.

_____
United States District Judge

CC  U.S. Marshal

JM10152(rev.)