FILED: October 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6971
(1:19-cr-00410-ELH-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

MATTHEW EDWARD BLAIR

        Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:19-cr-00410-ELH-1 |
| Date notice of appeal filed in originating court: | 09/27/2023 |
| Appellant | Matthew Blair |
| Appellate Case Number | 23-6971 |
| Case Manager | Anisha Walker 804-916-2704 |